# EXHIBIT A



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = First Time Videos
Search Results: Displaying 50 of 51 entries



*FTV - Tiffany.*

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001755996 / 2011-05-11 |
| **Application Title:** | FTV - Tiffany. |
| **Title:** | FTV - Tiffany. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | First Time Videos LLC. Address: 2300 W. Sahara Ave, Suite 1000, Las Vegas, NV. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-04-03 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | First Time Videos LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | First Time Videos LLC |



Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page