UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FIRST TIME VIDEOS, LLC, | : | Civil Action No. 3:12-cv-01402 |
| Plaintiff, | : | |
| v. | : | |
| CRAIG FENN, | : | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Defendant. | : | |
| | : | |
| | : | |

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the Defendant in this case has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Respectfully Submitted,

First Time Videos, LLC,

**DATED: December 27, 2012**

By: \_\_\_\_/s/ Daniel G. Ruggiero_____

Daniel G. Ruggiero, Esq.
P.O. Box 291
Canton, MA 02021
Telephone: (339) 237-0343
Fax: (339) 707-2808
*Attorney for Plaintiff*