## U.S. District Court

## United States District Court for the District of Connecticut

**Notice of Electronic Filing**

The following transaction was entered on 1/2/2013 at 1:42 PM EST and filed on 1/2/2013
**Case Name:**        First Time Videos, LLC v. Fenn
**Case Number:**    3:12-cv-01402-VLB
**Filer:**
**Document Number:** 11(No document attached)

**Docket Text:**
ORDER DISMISSING CASE without prejudice in light of Plaintiff's [10] Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). The Clerk is directed to close this file.. Signed by Judge Vanessa L. Bryant on 1/2/13. (Ives, D)


**3:12-cv-01402-VLB Notice has been electronically mailed to:**

Daniel Goldsmith Ruggiero   druggieroesq@hotmail.com

**3:12-cv-01402-VLB Notice has been delivered by other means to:**


https://ecf.ctd.circ2.dcn/cgi-bin/DisplayReceipt.pl?424416199892334-L_981_0-1                    1/3/2013